### English *v.* The Johnson Company.

LUMPKIN, P. J.  There being no complaint that any error of law was committed at the trial, and the determination of this case depending entirely upon what conclusions of fact should have been drawn from complicated and conflicting testimony, and there being sufficient evidence to support the verdict rendered, this court will not interfere with the discretion of the court below in refusing to set it aside.

*Judgment affirmed.  All the Justices concurring.*

Argued December 8, 1897. — Decided January 19, 1898.

Complaint on draft.  Before Judge Reid.  City court of Atlanta.  January term, 1897.

*Anderson, Felder & Davis*, for plaintiff in error.
*Fulton Colville*, contra.

---

### Gress Lumber Company *v.* Standard Dry Kiln Company.

LUMPKIN, P. J.  1. The court, in the charges complained of, properly construed the written contract which constituted the basis of the plaintiff's action, and committed no error in allowing it to prove the admissions made by the defendant's agents, the same relating to matters within the scope of their employment.

2. The evidence warranted the verdict, and there was no error in denying a new trial.          *Judgment affirmed.  All the Justices concurring.*

Argued December 9, 1897. — Decided January 19, 1898.

Assumpsit.  Before Judge Berry.  City court of Atlanta. May term, 1897.

*Burton Smith, C. B. Reynolds* and *C. J. Haden*, for plaintiff in error.  *W. R. Hammond*, contra.